1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S. 12-181-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED ORDER** |
| v. ) | **TO CONTINUE BRIEFING SCHEDULE** |
| ) | **ON APPEAL** |
| CESAR CABALLERO, ) | |
| ) | HEARING DATE: Sept. 25, 2012 |
| Defendant. ) | TIME: 9:45 a.m. |
| ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through CHRIS CHANG, Special Assistant U.S. Attorney, and defendant, CESAR CABALLERO, by and though his counsel, RACHELLE BARBOUR, Research and Writing Attorney, Office of the Federal Defender, that the oral argument on appeal set for Tuesday, August 7, 2012 be rescheduled for Tuesday, September 25, 2012 at 9:45 a.m. The parties propose the following briefing schedule:

Appellant's opening brief due July 31, 2012;

Appellee's brief due August 31, 2012;

Appellant's reply brief due September 14, 2012.

//

//

This continuance is being requested because the sentencing transcript was filed on June 28, 2012, requiring that the current schedule be extended.

DATED: July 12, 2012              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CESAR CABALLERO



                                  BENJAMIN B. WAGNER
                                  United States Attorney


DATED:  July 12, 2012             /s/ Rachelle Barbour for
                                  CHRIS CHANG
                                  Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 7/12/2012

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE