DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant-Appellant
CESAR CABALLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S. No. 12-0181-JAM |
| | ) | |
| Plaintiff-Appellee, | ) | STIPULATION AND ORDER REGARDING |
| | ) | EXTENSION OF TIME FOR DEFENDANT'S |
| v. | ) | REPLY BRIEF REGARDING RECUSAL |
| | ) | REQUEST |
| CESAR CABALLERO, | ) | |
| | ) | Hearing: August 21, 2012 |
| Defendant-Appellant. | ) | Time: 9:45 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of

America through CHRIS CHANG, Special Assistant U.S. Attorney, and

defendant, CESAR CABALLERO, by and though his counsel, RACHELLE

BARBOUR, Research and Writing Attorney, that the filing date for

defendant's reply brief in support of Defendant's Request for Recusal

and Reassignment be extended from August 14, 2012 to August 15, 2012.

a.m.

//

1      This extension is requested because defense counsel will be out of

2  the office August 13th and 14th, and requests an additional day to

3  respond.  All other dates will remain the same.

4

5  DATED: August 8, 2012          Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                Federal Defender

7

8                                  /s/ Rachelle Barbour
                                RACHELLE BARBOUR

9                                  Assistant Federal Defender
                                Attorney for Defendant

10                                 CESAR CABALLERO

11

12                                 BENJAMIN B. WAGNER
                                United States Attorney

13

14                                 /s/ Rachelle Barbour for Chris Chang
DATED:  August 8, 2012

15                                 CHRIS CHANG
                                Special Assistant U.S. Attorney

16

17                               **O R D E R**

18     **IT IS SO ORDERED.**

19 DATED:  August 8, 2012

20                                 /s/ John A. Mendez

21                                 JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28